# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES A. YATES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:09-CV-00657-AWI-DLB PC<br><br>ORDER REQUIRING PARTIES TO RESPOND TO OBJECTIONS<br><br>(DOC. 38)<br><br>RESPONSES DUE WITHIN FOURTEEN (14) DAYS |

  Plaintiff Robert James Dixon ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). This action is proceeding on Plaintiff's amended complaint against Defendants F. Igbinoza and J. Diep[1] for violation of the Eighth Amendment. On September 20, 2010, Defendant Igbinoza filed a motion to dismiss for Plaintiff's failure to exhaust administrative remedies. Plaintiff filed an opposition on May 31, 2011. On July 8, 2011, the undersigned issued a Findings and Recommendations ("F&R"), recommending that Defendant's motion be granted. On July 29, 2011, Plaintiff filed his objections. Doc. 38.

  Plaintiff's complaint alleges, *inter alia*, that Defendant Igbinoza scheduled Plaintiff for a prison transfer, despite Plaintiff having an upcoming, necessary surgery. Plaintiff contends that he had filed an inmate grievance concerning his claim against Defendant Igbinoza. Pl.'s Objections 1-2. This grievance was treated as an emergency appeal, and was granted in part at

---

[1] Defendant Diep has not been served or appeared in this action.

1

1  the first level of review, cancelling Defendant Igbinosa's proposed transfer. *Id.*

2        The Court has examined the record in this action. In Plaintiff's opposition, Plaintiff attached as an exhibit a screen out of Plaintiff's inmate grievance No. PVSP-D-08-1325, which allegedly concerns Plaintiff's claims against Defendant Igbinosa. Pl.'s Opp'n, Ex. A, Doc. 36. Neither party, however, has produced this grievance.

      The Court cannot make a final determination regarding Defendant's motion to dismiss without this grievance. Thus, the Court will require both parties to produce this grievance, if possible. If a party fails to produce the grievance, the party is required to submit a declaration as to why he was unable to do so.

      Accordingly, it is HEREBY ORDERED that:

1. The parties are to respond to Plaintiff's objections within **fourteen (14) days** from the date of service of this order;
2. This response is to include grievance No. PVSP-D-08-1325; and
3. If a party is unable to timely produce this grievance, the party is required to submit a declaration explaining why he was unable to comply.

IT IS SO ORDERED.

Dated:   **August 23, 2011**          /s/ **Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE